# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NEIGHBORHOOD GRILLS MANAGEMENT LLC and NEIGHBORHOOD GRILLS HOLDING LLC, individually and on behalf of all others similarly situated,<br><br>         Plaintiffs,<br><br> v.<br><br>NATIONAL SURETY CORPORATION,<br><br>         Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. 2:21-cv-00374-BJR |

\_\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

 By Order of the Court, Defendant's Motion to Dismiss, Dkt. No. 15, is GRANTED. This matter is DISMISSED with Prejudice.

 DATED this 12th day of August 2021.

                RAVI SUBRAMANIAN
                Clerk of Court

                s/Grant Cosgwell
                Clerk of Court